■ SIGMUND JANAS, SR., Respondent, v. ALFRED WAGSTAFF, III, Appellant.— Order unanimously modified to the extent of reinstating the first counterclaim and, as so modified, affirmed, without costs. If defendant prevails plaintiff should be required, as demanded in the answer, to surrender the note for cancellation. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ LIANGERT CORP., Appellant, v. EDNA GARAGES, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL JESUS SUAREZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ MARGOT E. AGHNIDES, Respondent, v. ELIE P. AGHNIDES, Appellant.— Judgment and order unanimously modified so as to reduce the alimony to $1,000 per month and, as so modified, affirmed. On this record the modification is warranted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ.

■ HEDWIG SIEGMEIER, Appellant, v. SOCIETE NATIONALE DES CHEMINS DE FER FRANCAIS, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Bergan, JJ.

■ PLEATMASTER, INC., Respondent, v. CONSOLIDATED TRIMMING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Bergan, JJ.

■ In the Matter of WERNER WOLFF, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and HENRY BERMAN, Intervenor-Respondent.— Under the regulation the order is unanimously affirmed, with $20 costs and disbursements to the administrator-respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Bergan, JJ. [See post, p. 950.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTIANE MAXIMOV, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Cox and Bergan, JJ.

■ MAX LEVY, Appellant, v. BRANDON, TAMARGO & CO., INC., et al., Respondents, et al., Defendant.— On the undisputed facts, plaintiff assumed the risk and was guilty of contributory negligence as a matter of law. There was no issue to be submitted to the jury and the complaint should have been dismissed at the close of the entire case. Judgment unanimously affirmed. Concur — Peck, P. J., Botein, Rabin, Cox and Frank, JJ. [See post, p. 992.]

■ MARION CROOK, Respondent, v. DANIEL CARRIERO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Frank, JJ.

■ PEKA, INC., Plaintiff, v. A. STANLEY KAYE, Defendant and Third-Party Plaintiff-Appellant. "JOHN DOE" et al., Doing Business as LLOYD'S OF LONDON, LTD., Third-Party Defendants-Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied. The papers before the court on this motion do not show that the policy was delivered in this State. This determination is without prejudice to renewal of the motion upon papers showing that the policy was delivered here. Concur — Peck, P. J., Botein, Rabin, Cox and Frank, JJ. [208 Misc. 1003.]